THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE NCAA I-A WALK-ON FOOTBALL PLAYERS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master File No. C-04-1254-C<br><br>STIPULATION AND ORDER DISMISSING CLAIMS OF PLAINTIFFS CARROLL AND LEDBETTER<br><br>NOTED FOR CONSIDERATION:<br>January 3, 2006 |

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their respective counsel, that all claims asserted in this action by plaintiffs Andrew Carroll and Bradley Ledbetter, including all claims asserted by such plaintiffs in *Carroll v. Nat'l Collegiate Athletic Ass'n*, Case No. C04-1254C (W.D. Wash.), and *Ledbetter v. Nat'l Collegiate Athletic Ass'n*, Case No. 04-CV-01066-LSC (N.D. Ala.), may be dismissed with prejudice because such claims are barred by the applicable statute of limitations.

//
//
//
//

1   DATED this 3rd day of January, 2006.

2

3   HAGENS BERMAN SOBOL SHAPIRO LLP     LANE POWELL PC

4   By:   s/ George W. Sampson                    By:   s/ Douglas E. Smith
          Steve W. Berman, WSBA #12536                   James B. Stoetzer, WSBA #6298
5         George W. Sampson, WSBA #23606                 Douglas E. Smith, WSBA #17319

6   Attorneys for Plaintiffs                     Attorneys for Defendant NCAA

7                                                MILLER CANFIELD PADDOCK & STONE
                                                 Gregory L. Curtner (*pro hac vice*)
8                                                Kimberly K. Kefalas (*pro hac vice*)
                                                 Robert J. Wierenga (*pro hac vice*)
9
                                                 Attorneys for Defendant NCAA
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER DISMISSING         - 2 -
CLAIMS OF PLAINTIFFS CARROLL AND
LEDBETTER – Case No. C04-1254C

001760-10 85107 V1

1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

**ORDER**

Pursuant to the parties' Stipulation as set forth above, the Court hereby orders that all claims asserted by plaintiffs Andrew Carroll and Bradley Ledbetter in this action, including all claims asserted by such plaintiffs in *Carroll v. Nat'l Collegiate Athletic Ass'n*, Case No. C04-1254C (W.D. Wash.), and *Ledbetter v. Nat'l Collegiate Athletic Ass'n*, Case No. 04-CV-01066-LSC (N.D. Ala.), are hereby DISMISSED WITH PREJUDICE.

SO ORDERED this 9th day of January, 2006.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER DISMISSING
CLAIMS OF PLAINTIFFS CARROLL AND
LEDBETTER – Case No. C04-1254C

- 3 -

001760-10 85107 V1

1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594