UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE NCAA I-A WALK-ON FOOTBALL PLAYERS LITIGATION | CASE NO. C04-1254C<br><br>ORDER |

This matter comes before the Court on Defendants' Notice (Dkt. No. 118) that the Ninth Circuit has denied Plaintiffs' petition for interlocutory review of this Court's Order denying class certification. The Court hereby LIFTS the stay previously imposed in this matter and directs the parties to file a Joint Case Management Statement to supplement and supersede the one filed on May 18, 2006 (Dkt. No. 114) in light of the resolution of Plaintiffs' appeal. Such joint statement shall be due by December 1, 2006.

SO ORDERED this 14th day of November, 2006.

John C. Coughenour
United States District Judge

ORDER – 1